198 So. 878

### Andy PEPPERS v. STATE.

### 8 Div. 20.

Court of Appeals of Alabama.

Nov. 6, 1940.

Wm. Stell, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

196 So. 905

### Clarence PETTIE v. CITY OF HUNTSVILLE.

### 8 Div. 974.

Court of Appeals of Alabama.

May 16, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.

193 So. 890

### Clarence PETTY v. CITY OF HUNTSVILLE.

### 8 Div. 821.

Court of Appeals of Alabama.

Jan. 18, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.

193 So. 891

### Clarence PETTY v. CITY OF HUNTSVILLE.

### 8 Div. 824.

Court of Appeals of Alabama.

Jan. 18, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.

190 So. 924

### Aubrey PHILLIPS v. STATE.

### 5 Div. 71.

Court of Appeals of Alabama.

June 30, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

198 So. 878

### Lonnie PHILLIPS v. STATE.

### 7 Div. 596.

Court of Appeals of Alabama.

Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.